# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

Timothy Herlihy

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ #04-822-MBB

I, __Timothy Herlihy__, charged in a (complaint) (petition) pending in this District with __21 USC §846 Conspiracy to distribute__ in violation of Title __21 USC §846__, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_____
Counsel for Defendant

4/20/04
Date