AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TIMOTHY HERLIHY

**WARRANT FOR ARREST**

CASE NUMBER: MJH-04-822-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   TIMOTHY HERLIHY
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute hydrocodone, a Schedule III controlled substance

in violation of Title _____ United States Code, Section(s)  846

| Marianne B. Bowler | Chief U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Marianne B. Bowler | April 14, 2004 @ Boston @ 4:30 PM |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| WARRANT EXECUTED BY DEA | | |
| BY ARREST/ARRAIGNMENT OF THE | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.